# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BOYD,<br><br>   Petitioner,<br><br>   v.<br><br>FRED FOULK, Warden,<br><br>   Respondent. | Case No. CV 14-8763 AG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 24, 2015

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE